IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DAVID L. FREDRICK, JR.,

    Plaintiff,

vs.

Dr. GUNDERSON; MEDICAL STAFF of
Glynn County Detention Center, and
Officer ORR,

    Defendants.

CIVIL ACTION NO.: CV205-212

## ORDER

Plaintiff has moved this Court to issue a Preliminary Injunction in his civil complaint brought pursuant to 42 U.S.C. § 1983, requesting that the Court issue an Order directing Defendants to cease denying him medical attention. In the absence of a showing of an exceptional circumstance wherein there is the possibility of irreparable injury, the Court is not inclined at this juncture to issue a Preliminary Injunction. Plaintiff has made no such showing of the likelihood of irreparable injury so as to suggest the necessity for the entry of a preliminary injunction at this time. Plaintiff's Motion for issuance of a Preliminary Injunction is hereby **DENIED**.

**SO ORDERED**, this 21 day of Nov., 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)