IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 21  P 2: 38

CLERK _____
SO. DIST. OF GA.

DAVID L. FREDRICK, JR.,

    Plaintiff,

vs.

Dr. GUNDERSON; Officer ORR;
Mrs. HIGHSMITH; Officer HOWARD,
and Officer TYLAR,

    Defendants.

CIVIL ACTION NO.: CV205-212

## ORDER

The captioned case is scheduled for jury selection and trial on April 10, 2007. Plaintiff and Counsel for Defendants are hereby directed to appear at the noticed pretrial conference on April 2, 2007, at 10:00 a.m. Plaintiff and Counsel for Defendants shall provide Exhibit Lists to the Court at that time.

**SO ORDERED**, this 21st day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)