IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2007 APR 10 P 2: 14

R. Acw

DAVID L. FREDRICK, JR.,

 Plaintiff,

vs.

CIVIL ACTION NO.: CV205-212

Dr. JEFFREY GUNDERSON;
Officer ORR; Mrs. HIGHSMITH;
Officer HOWARD, and
Officer TYLAR,

 Defendants.

## ORDER

This case was scheduled for jury selection and trial beginning at 9:00 a.m. on April 10, 2007. Defendants and their counsel appeared; however, Plaintiff was not present in the courtroom. The Court called the case at 9:10 a.m. and instructed the Marshal to sound the Plaintiff's name in the hallways. Plaintiff had not appeared.

Upon oral motion of Defendants' counsel, the captioned action is **dismissed**, with prejudice, due to Plaintiff's failure to prosecute.

**SO ORDERED**, this 10th day of April, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)